**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE N. TODERO, ) | CASE NO. CV 08-04875 DOC (RZ) |
| ) Plaintiff, ) | |
| ) vs. ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ) MICHAEL J. ASTRUE, Commissioner of ) Social Security Administration, ) | |
| ) Defendant. ) | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. No party has filed objections. The Court, having reviewed the file and the Report, hereby accepts the Report and adopts it as its own findings and conclusions.

DATED: July 22, 2009

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE