O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE N. TODERO,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. CV 08-04875 DOC (RZ)<br><br>JUDGMENT OF REMAND |

   This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

   IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for an award of benefits.

DATED: July 22, 2009

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE