Manuel D. Serpa, Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Louise N. Todero

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOUISE N. TODERO,    )   No. CV08-4875 DOC(RZ)
                     )
        PLAINTIFF,   )   [~~PROPOSED~~] ORDER AWARDING
                     )   EAJA FEES
        v.           )
                     )
MICHAEL J. ASTRUE,   )
COMMISSIONER OF SOCIAL )
SECURITY,            )
                     )
        DEFENDANT.   )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND DOLLARS and 00/100's ($4,000.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  August 26, 2009

_____*David O. Carter*_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE